499 A.2d 577

COMMONWEALTH, DEPARTMENT OF ENVIRONMENTAL RESOURCES, John H. Bitzer and Fred Hesse, Petitioners,

v.

Anthony AURESTO.

Supreme Court of Pennsylvania.

Oct. 21, 1985.

Petition for Allowance of Appeal GRANTED, No. 141 E.D. Appeal Docket 1985.